IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 4, 2008

Charles R. Fulbruge III
Clerk

No. 07-30624
Summary Calendar

WESLEY KEVIN GIVS

Plaintiff - Appellant

V.

CITY OF EUNICE; LYNN LEJEUNE, Individually and as mayor of the City
of Eunice

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:05-CV-788

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Wesley Givs filed suit against the City of Eunice and its mayor, alleging a slew of discrimination claims. The defendants filed for summary judgment. The district court, in a thorough opinion, granted the motion. Givs now appeals. After reviewing the record, we confirm that the defendants were entitled to judgment as a matter of law. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.